# UNITED STATES DISTRICT COURT
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

PATRICK BRERETON,

        Plaintiff,

    V.

UNUMPROVIDENT CORPORATION; and
NATIONAL LIFE INSURANCE COMPANY,

        Defendants.

<u>CIVIL JUDGMENT</u>

1:02-CV-1402
(DNH/DEP)

---

__X__  This action came before the Court for a trial by jury.  Issues have been tried and the jury has rendered its verdict.  Thereafter issues came to a hearing before the Court.  Those issues have been heard and a decision has been rendered by the Court with the Order filed on April 18, 2005.

IT IS ORDERED AND ADJUDGED that

1. Plaintiff Patrick Brereton recover from the defendants UNUM Provident Corporation and National Life Insurance Company the sum of six hundred fifty-seven thousand, four hundred fifty-seven and 29/100 dollars ($657,457.29);

2. Defendants are directed to immediately resume benefits to plaintiff pursuant to the terms of Policy D218361 and Policy D1547097.

*[signature: Lawrence K. Baerman]*
Clerk of Court

<u>April 18, 2005</u>
Date

**By:**  <u>s/                              </u>
DEPUTY CLERK, Susan E. Evans

**ENTERED ON DOCKET:**

<u>4/18/2005</u>   <u>see</u>
Date         By